UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$5,407,252.87 IN FUNDS CONSTITUTING THE SALE PROCEEDS OF REAL PROPERTY LOCATED IN NEW YORK, NEW YORK,<br><br>Defendant *In Rem*.<br><br>OCEANA 57, LLC,<br><br>Claimant. | NO. CV 19-1325-DSF (PLAx)<br><br>CONSENT JUDGMENT OF FORFEITURE |

Plaintiff United States of America and Claimant Oceana 57, LLC ("Oceana 57" or "Claimant") have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

The Court, having considered the stipulation and request of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. This Court has jurisdiction over Plaintiff, the Defendant, Claimant, and the subject matter of this action.

CC: USM

2.      The Government has given and published notice of this action as required by law, including Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court.  All potential claimants to the defendant $5,407,252.87 in funds constituting the sale proceeds of real property located in New York, New York ("defendant funds"), other than Oceana 57, are deemed to have admitted the allegations of the Complaint.  Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Claimant, nor should this consent judgment be admitted in any criminal proceeding against Claimant to prove any of the facts relied upon to establish reasonable cause for the seizure of the defendant funds or the commencement of this action.  The allegations set forth in the Complaint are sufficient to establish a basis for forfeiture.

3.      $95,090.44 of the defendant funds, without interest, shall be returned to Oceana 57 through its counsel.  The United States Marshals Service shall release said funds by wire transfer to the Kinsella Weitzman Iser Kump & Aldisert LLP Client Trust Account.  Upon request from the United States, Oceana 57's counsel shall provide all information and complete all documents requested by the United States to facilitate such payment, including bank account and routing information and personal identifiers needed to determine any right to offset pursuant to 31 U.S.C. § 3716.

4.      The United States Marshals Service shall make the payment as soon as practicable after the entry of this judgment or its receipt of the information described above, whichever is later, and shall make the payment within 60 days of the entry of this judgment or the Government's receipt of the information above, whichever is later.

5.      The Government shall have judgment as to the remaining $5,312,162.43 of the defendant funds, and all interest earned by the government thereon, and no other person or entity shall have any right, title or interest therein. The Government shall dispose of said funds in accordance with law.

6. The Court finds that there was reasonable cause for the seizure of the defendant funds and institution of this action. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

7. Each of the parties shall bear its own fees and costs in connection with the seizure of the defendant funds and this action.

IT IS SO ORDERED.

DATED: June 6, 2019

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

Approved as to form and content:

DATED: June 4, 2019

DEBORAH CONNOR, Chief
Money Laundering and Asset Recovery Section

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

  /s/ Joshua L. Sohn
JOHN J. KUCERA
MICHAEL R. SEW HOY
Assistant United States Attorney

MARY BUTLER, Chief, International Unit
WOO S. LEE, Deputy Chief, International Unit
JOSHUA L. SOHN, Trial Attorney
BARBARA LEVY, Trial Attorney
Attorneys for Plaintiff
United States of America

Dated: June 4, 2019

  /s/ Michael J. Kump (with permission)
MICHAEL J. KUMP
Attorney for Claimant
Oceana 57, LLC